IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff:

BRIAN GOLDSTOCK

Civil Case # 1:19-cv-2697

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, Plaintiff Brian Goldstock and files this motion to substitute his surviving son, Zachary Goldstock, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support therefore, Plaintiff respectfully shows the court the following:

1. Plaintiff Brian Goldstock filed the present action in the United States District Court of the Southern District of Indiana on July 1, 2019.

2. Plaintiff Brian Goldstock died on May 22, 2024.

3. On September 25, 2024, Plaintiff filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a). *See* Doc. No. 26031 and Doc. No. 10. Plaintiff's counsel recently learned of the death of Mr. Goldstock after filing the lawsuit and contacting is son.

4. Zachary Goldstock, surviving son of Brian Goldstock, is the proper party plaintiff to substitute for Plaintiff-decedent Brian Goldstock and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1), stating, "[i]f a party dies and the claim is not

extinguished, the court may order substitution of the proper party.  A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests this Court grant this motion to substitute Zachary Goldstock, on behalf of Decedent Brian Goldstock, as the proper party plaintiff in this action.

Respectfully submitted September 25, 2024.

*/s/ David M. Langevin*
David M. Langevin, #329563
McSweeney/Langevin
2116 Second Avenue South
Minneapolis, MN 55404
Phone: (612) 542-4646
Fax: (612) 454-2678
dave@westrikeback.com
filing@westrikeback.com
**Attorneys for Plaintiff**

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: September 25, 2024

<u>*/s/ David M. Langevin*</u>
David M. Langevin